UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BROWN, #04909-090
USP. Tucson
POB 24550
Tucson, AZ 85734

PLAINTIFF / PETITIONER,

vs.

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF INFORMATION AND PRIVACY
DAVID M. HARDY, SECTION CHIEF RECORDS/INFORMATION
PRISCILLA JONES, ADMINISTRATIVE STAFF

DEFENDANT / RESPONDANT,

FILED
MAY 13 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case: 1:08-cv-00821
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/13/2008
Description: FOIA/Privacy Act

## Motion Under Vaughn V. Rosen To Require Detailed Indexing, Justification, And Itemization

Plaintiff, Michael L. Brown, moves this Court for an, order requesting defendants David M. Hardy Section Chief of Records and Information and Priscilla Jones Administrative Staff of the U.S. Department of Justice, Office of Information and Privacy to provide within 30 days of the filing of this Complaint in this action.

To turn over all information on the above named Plaintiff on Request No. 1009246-000 and Appeal No. 05-1149. To the Plaintiff. Order defendants give a detailed justification for allegations contained in defendants answers and previous administrative denial that the requested documents are exempt from disclosure under the Freedom of Information Act, 5 U.S.C. 552, including an itemization and index of documents claimed to be exempt, correlating specific statements in such justification with actual portions of the requested documents. See Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973) Cert Den 415 U.S. 977 (1974). See Exhibits

Respectfully Submitted
Michael L. Brown  4·17·08
Michael L. Brown #04909-090 U.S.P. Tucson, Box 24550, Tucson, AZ 85734

RECEIVED
APR 23 2008
Clerk, U.S. District and
Bankruptcy Courts

1

## CERTIFICATE OF SERVICE

I, CERTIFY THAT THE FOREGOING MOTION, UNDER VAUGHN V. ROSEN, WAS MAILED TO THE CLERKS OFFICE, FOR UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF COLUMBIA.

ALSO SERVED BY U.S. POSTAL SERVICE, FIRST CLASS MAIL PLACED IN THE MAIL BOX IN THE U.S. PENITENTIARY TO:

U.S. DEPARTMENT OF JUSTICE
OFFICE OF INFORMATION AND PRIVACY
DAVID M. HARDY, SECTION CHIEF RECORDS/INFORMATION
PRISCILLA JONES, ADMINISTRATIVE STAFF
935 PENNSYLVANIA AVE, N.W.
WASHINGTON, DC 20535-0001

ON THIS __17__ DAY OF __APRIL__ 2008.

MLB (signature)
MICHAEL L. BROWN #04909-090
U.S.P. TUCSON
BOX 24550
TUCSON, AZ 85734

PETITIONER, MICHAEL L. BROWN, DOES HEREBY DECLARE UNDER PENALTY OF PERJURY AND PURSUANT TO PROVISIONS OF TITLE 28, U.S.C. 1746, THAT HE HAS READ THE FOREGOING FACTS AS SET FORTH SUPRA, AND THAT THE SAME IS BASED UPON HIS PERSONAL KNOWLEDGE OF THE EVENTS AND THAT THE SAME IS TRUE AND CORRECT TO THE BEST OF HIS RECOLLECTION AND KNOWLEDGE.

SIGNED UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. 1746 THIS __17__ DAY OF __APRIL__ 2008. AT TUCSON, AZ   MICHAEL L. BROWN
MLB (signature)



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

November 30, 2004

MR MICHAEL L BROWN
**04909-090
POST OFFICE BOX 7000
FLORENCE, CO 81226

Request No.: 1009246- 000
Subject: BROWN, MICHAEL L

Dear Mr. Brown:

&boxtimes;   This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request. Your request was forwarded to FBI Headquarters from the Milwaukee and Oklahoma City Field Offices.

☐   For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐   To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐   If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☐   We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐   Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,



David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR MICHAEL L BROWN
**04909-090
POST OFFICE BOX 7000
FLORENCE, CO 81226

December 7, 2004

        Request No.: 1009246- 000
        Subject: BROWN, MICHAEL L

Dear Requester:

    This is in reference to your Freedom of Information-Privacy Acts (FOIPA) request for information pertaining to the above subject.

    The records you seek appear in investigative files that are exempt from disclosure pursuant to subsection (b)(7)(F) of Title 5, United States Code, Section 552. This exemption is used to withhold records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information could reasonably be expected to endanger the life or physical safety of any individual.

    You may appeal this denial by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C., 20530, within sixty days from receipt of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may easily be identified.

                              Sincerely yours,

                              David M. Hardy
                              Section Chief,
                              Record/Information
                              Dissemination Section
                              Records Management Division

Enclosure

**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642          Washington, D.C. 20530

MAR 0 8 2005

Mr. Michael L. Brown
Register No. 04909-090
United States Penitentiary
P.O. Box 7000
Florence, CO 81226

    Re: Request No. 1009246-000

Dear Mr. Brown:

    This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation on your request for information from the files of the Department of Justice was received by this Office on February 24, 2005.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-1149**. Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                                    Sincerely,

                                      Priscilla Jones
                                      Chief, Administrative Staff

To: U.S. Department of Justice

    Office Of Information and Privacy

    Washington, D.C. 20530

                                      7-13-05

Re: Request No. 1009246-000

    (FOIA) Appeal No. 05-1149


I am writing to inform you of my recent transfer from United States Penitentiary Florence, Colorado, to United States Penitentiary Victorville, California.

    I am also writing to inform you that I am still awaiting your answer to my Freedom Of Information Act (FOIA) Appeal. The last responds was sent to me by your office on 3-8-05.

    I hope to receive a responds soon I am to use this information in a up coming court filing claiming Fifth and Sixth Amendment violation due t the fact I know this information exist and I know this is exculpatory evidence, evidence that should have been presented to the defense before trial. I hope to hear from you soon.

Sincerely,

*[signature]*

Michael L. Brown

United States Penitentiary Victorville

Reg. No.04909-090

P.O.Box 5500

Victorville, California 92301

To: U.S. Department of Justice

Office Of Information and Privacy

Washington, D.C. 20530

6-13-06

Re: Request No. 1009246-000

(FOIA) Appeal No. 05-1149

I am still patiently awaiting the responds to my Freedom Of Information FOIA appeal file my be to your office. In the last year I have filed an appeal with your office at least three times, and have yet to receive a responds. I hope to receive a responds soon I am to use this information in a up coming court filing back in the courts claiming Fifth and Sixth Amendment violation due t the fact I know this information exist and I know this is exculpatory evidence evidence that should have been presented to me before trial. I hope to hear from you soon.

Sincerely,

Michael L. Brown

United States Penitentiary Victorville

Reg. No.04909-090

P.O.Box 5500

Victorville, California 92301

U.S. Department of Justice

Office of Information and Privacy

Washington, D.C. 20530


Re: Appeal No. 05-1149

5-15-07

    I am writing to inform you of my address change. I have since bee transferred from U.S.P. Victorville California to U.S.P. Tucson, Arizona. I am still awaiting your final decision to turn over the I-drive information I requested, along with all the other information I requested and any other information you may have in your files.

    I initially started my request for these files back in early 2005. The last time I've heard anything for your office was in December 2006. I request you make a final a decision to turn over this information, or not to turn over this information so I may do what next to correct this grave miscarriage of justice.

Sincerely,

Michael L. Brown

Reg. No. 04909-090

U.S.P. Tucson

P.O. Box 24550

Tucson, AZ 85734

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

Michael L. Brown

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **88888**
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 04909-090

## DEFENDANTS

US Dept. of Justice, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:08-cv-00821
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/13/2008
Description: FOIA/Privacy Act

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

5

| ☐ G. *Habeas Corpus/ 2255* <br> ☐ 530 Habeas Corpus-General <br> ☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination* <br> ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) <br><br> *(If pro se, select this deck)* | ☒ I. *FOIA/PRIVACY ACT* <br> ☐ 895 Freedom of Information Act <br> ☐ 890 Other Statutory Actions (if Privacy Act) <br><br> *(If pro se, select this deck)* | ☐ J. *Student Loan* <br> ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)* <br> ☐ 710 Fair Labor Standards Act <br> ☐ 720 Labor/Mgmt. Relations <br> ☐ 730 Labor/Mgmt. Reporting & Disclosure Act <br> ☐ 740 Labor Railway Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)* <br> ☐ 441 Voting (if not Voting Rights Act) <br> ☐ 443 Housing/Accommodations <br> ☐ 444 Welfare <br> ☐ 440 Other Civil Rights <br> ☐ 445 American w/Disabilities-Employment <br> ☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract* <br> ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment & Enforcement of Judgment <br> ☐ 153 Recovery of Overpayment of Veteran's Benefits <br> ☐ 160 Stockholder's Suits <br> ☐ 190 Other Contracts <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | ☐ N. *Three-Judge Court* <br> ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 552 (FOIA)

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐  DEMAND $ 0  Check YES only if demanded in complaint  JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☒ NO  If yes, please complete related case form.

DATE 5/13/08  SIGNATURE OF ATTORNEY OF RECORD  NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd