UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. BROWN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-0821 (ESH) |
| U.S. DEPARTMENT OF JUSTICE, et al., | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Defendants[1] respectfully request that the Clerk of the Court enter the appearance of Judith A. Kidwell, Assistant United States Attorney, as counsel of record for Defendants in the above-captioned case.

Respectfully submitted,

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250

---

[1] According to the complaint, Defendants are the United States Department of Justice ("DOJ"), the DOJ's Office of Information and Privacy, David M. Hardy, Section Chief Records/Information, and Priscilla Jones, Administrative Staff.

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Appearance was mailed, postage pre-paid, to Michael Brown, Plaintiff *pro se*, on this 27th day of June 2008, to the following address:

Michael L. Brown
No. 04909-090
U.S.P. -Tucson
P.O. Box 24550
Tucson, AZ 85734

                                                /s/
                                       JUDITH A. KIDWELL
                                       Assistant U.S. Attorney