UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-0821 (ESH) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, et al., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME**

Defendants[1] through their undersigned attorneys, hereby respectfully request an enlargement of time, to and including December 12, 2008, within which to file their answers or other responses to the Plaintiff's motion for a *Vaughn* index, which has been interpreted as a complaint brought under the Freedom of Information Act, and Plaintiff's motion to amend, supplement and/or expand the record ("Motion to Amend"), which was filed on June 12, 2008, and is being interpreted by Defendants as an amendment to Plaintiff's complaint. Defendants' answers or other responses to Plaintiff's complaint are now due on July 3, 2008.

This is Defendants' first request for an enlargement of time for this purpose. Because Plaintiff is an inmate and is proceeding *pro se*, LCvR 7(m) does not apply to this motion, and Defendants, therefore, have not obtained his position as to the relief requested.

---

[1] According to the complaint, Defendants are the United States Department of Justice ("DOJ"), the DOJ's Office of Information and Privacy ("OIP"), David M. Hardy, Section Chief Records/Information, and Priscilla Jones, Administrative Staff. Defendants will be moving to dismiss the OIP, Mr. Hardy, and Ms. Jones as improper parties to a FOIA action. The only proper defendant in a FOIA suit is an agency. *Jefferson v. Reno*, 123 F. Supp.2d 1, 3 (D.D.C. 2000).

There is good cause for this motion. As explained in Plaintiff's Motion to Amend, he initially filed a FOIA request in 2004,[2] which was interpreted by the Federal Bureau of Investigation ("FBI"), as a request for records pertaining to Plaintiff. Motion to Amend, at 2. By letter dated December 7, 2004, the FBI responded to Plaintiff's request. *Id*. Plaintiff appealed and by letter dated May 19, 2008, OIP responded to Plaintiff's appeal. *Id*.

Plaintiff's Motion to Amend requests that the Court now order Defendant DOJ "to produce all the information including the 'I-Drive System Files'[3] regarding his criminal investigation and discovery." *See* Motion to Amend at 7. Additionally, Plaintiff has filed a new FOIA request dated June 1, 2008, again requesting all the information on himself, including any information in the I-Drive.

The FBI has identified approximately 1500 records that may be responsive to Plaintiff's requests. However, the FBI is in the process of relocating its records management operations to Winchester, Virginia, resulting in a loss of staff. Thus, it will take some time to review the records that may be responsive to Plaintiff's request.

Moreover, although Defendants would usually move to dismiss some of Plaintiff's requests for failure to exhaust, during this enlargement of time, Defendants intend to process and

---

[2] Plaintiff's initial FOIA request, dated November 9, 2004, consisted of a cover letter requesting documents pertaining to himself, but included an attachment listing entirely different information, including information that Plaintiff was seeking which pertained to other individuals. However, Plaintiff had not included privacy waivers.

[3] The "I-Drive" contained draft reports and Plaintiff was advised that the FBI does not search the I-Drive.

respond to Plaintiff's FOIA requests,[4] including his latest June 1, 2008, request, prepare a *Vaughn* index for any documents withheld, and prepare a dispositive motion accompanied by a *Vaughn* index for filing with the Court.

Accordingly, Defendants are requesting an extension of time to and including December 12, 2008, to file their answers or other responses to Plaintiff's complaint.

For the foregoing reasons, Defendants respectfully request that this motion for an enlargement of time be granted.

                                                  Respectfully submitted,

                                                  /s/
                                                JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                United States Attorney

                                                /s/
                                                RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                Assistant United States Attorney

                                                /s/
                                                JUDITH A. KIDWELL
                                                Assistant United States Attorney
                                                555 Fourth Street, N.W.- Civil Division
                                                Room E4905
                                                Washington, D.C. 20530
                                                (202) 514-7250

---

[4] Plaintiff may have to obtain privacy waivers in order for the FBI to respond to part of Plaintiff's requests for information.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL L. BROWN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 08-0821 (ESH) |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE, et al.,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## ORDER

UPON CONSIDERATION OF Defendants' Motion for An Enlargement of Time to file their answers or other responses to the complaint herein, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2008,

**ORDERED** that Defendants' motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants shall have until and including December 12, 2008, to file their answers or other responses to the complaint herein.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Defendants' Motion for an Enlargement of Time To Their File Answers or Other Responses and proposed Order were mailed, postage pre-paid, to Michael Brown, Plaintiff *pro se*, on this 30th day of June 2008, to the following address:

Michael L. Brown
No. 04909-090
U.S.P. -Tucson
P.O. Box 24550
Tucson, AZ 85734

                                             /s/
                                 JUDITH A. KIDWELL
                                 Assistant U.S. Attorney