UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

JUL - 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MICHAEL L. BROWN,              )

      Plaintiff,           )

      v.                   ) CV No. 080821ESH

U.S. DEPT OF JUSTICE et al,)

      Defendant,           )

MOTION TO AMEND, SUPPLEMENT, AND OR EXPAND THE RECORD

      On or about April 17, 2008 plaintiff filed a short hand written pro se "MOTION FOR A VAUGHN INDEX" (that due to the institutional lockdown couldn't be typed), in this court petitioning for the release of all files, information pertaining to the plaintiff Michael L. Brown especially the information on the FBI "I-Drive System", which was requested on the initial (FOIA) request #1009246 filed in 2004 and denied on the initial denial Appeal #05-1149. Filed along with the "Motion for a Vaughn Index" was a In Forma Pauperis Motion in this court. On May 13, 2008 the court responded by filing an Order Granting the In Forma Pauperis in this case to proceed forward. The courts also directed plaintiff that all subsequent correspondence should be directed to the case number and Judge Friedman assigned in this case.

      On or about June 15, 2008 plaintiff filed a "Motion to Amend Supplement, and or Expand the Record of Complaint" responding to the court and its order. Plaintiff filed this motion to clarify a issue that weren't clarified in the had written motion, and requesting the courts clarification of it's order. A request for Subpoena was also submitted.

Defendants was served that day.

On or about July 1, 2008 plaintiff received a "Notice Of Appearance" from AUSA Judith A. Kidwell requesting to appear on behalf of defendants.

Plaintiff files now to amend the complaint to include supplemental FOIA requests within Plaintiff's previous request for "all records" - and which would be denied on the same grounds - up until this date or the date the government files it's answer. In doing so Plaintiff's proceedings ultimately would be less burdensome to the Court's time and resources.

Respectfully Submitted,

*/s/ M. Brown*  7.4.08

Michael L. Brown #04909-090

USP Tucson

Box 24550

Tucson, AZ 85734

Certificate Of Service

I certify that the forgoing motion was mailed to the Clerk of Court for the United States District Court for the District of Columbia. Served By U.S. Postal Service, first class mail postage prepaid, placed in the mail box at the U.S. Penitentiary Tucson To:

U.S. Department of Justice

Office of Information and Privacy

David M. Hardy, Section Chief Records/Information

Priscilla Jones, Adminstrative Staff

935 Pennsylvania Ave, N.W.

Washington, D.C. 20535-0001

Petitioner, Michael L. Brown, declare under penalty of perjury and pursuant to 28 U.S.C. 1746, that the forgoing is true and correct to the best of his knowledge and ability. Signed Under Penalty of Perjury this 4TH day of July 2008.

*[signature]*