UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MICHAEL L. BROWN,           )
       Plaintiff,       ) CV No.08-0821 (ESH)
   v.                       )
U.S. Dept. Of Justice, et al.,)
       Defendant,

PLAINTIFFS REPLY TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

COMES NOW, PLaintiff Michael L. Brown, pro se, and advises the Court as follows:

1.) Plaintiff has no objection to Defendant's motion for enlargement of time. In the "Intrerst of Justice" he prays it will be sooner.

2.) Plaintiff is grateful for the FBI's inclusion of later requests in its searches, and for not objecting to any failure to exhaust remedies.

3.) However, Plaintiff notes Defendant does not normally search "I-Drives" for relevant material. Since Plaintiff specifically requested an "I-Drive" search, Defendant is subject to the plain wording of the FOIA, which requires the responding agency to conduct the specific search stated by the requestor. Hence, Plaintiff reiterates that the search is to include "I-drive" searches for draft reports or any other

material pertaining to the subject of the requests.

4.) Furthermore, in that Defendant may conduct the search of its choice in the event the search is not particularized, Defendant is advised that Plaintiff request for "all records" includes not only a "main" search - the search routinely done on FOIA requests in order rapidly respond to requestors - but also a "reference" search, i.e. for records in which the subject of the request is only mentioned.

WHEREFORE, Plaintiff informs the Court that a.) there is no objection to Defendant's motion for enlargment of time; b.) a search of the "I-Drive" is required; c.) both "main" and "reference" search are requested to be conducted.


Respectfully submitted,

*[signature]* 7-17-08

Michael L. Brown

USP Tucson

P.O. Box 24550

Tucson, AZ 85734