UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BROWN,

    Plaintiff,

    v.           CV Case No.080821ESH

U.S. Dept. Of Justice et al.,

    Defendant,

Re: Blank subpoena stamped and signed by the court.

Dear Clerk,

    I am the plaintiff in the case name and number listed above. Please foward to me a blank subpoena stamped and signed by the court, for matters regarding this case.

Respectfully submitted,

Michael L. Brown #04909-090

USP Tucson

Box 24550

Tucson, Az 85734