REQUEST FOR FBI FILE PURSUANT TO THE PRIVACY ACT & FREEDOM OF INFORMATION ACT   My Request#1009246, Appeal#05-1149.

Sir/Madam,

I want to expand my request to include the following.

This is a request for agency records under the provisions of both the Privacy Act and the Freedom of Information Act as amended.

I request a copy of any and all records referring me that are maintained by the FBI, including but not limited to documents, reports, memoranda, letters, electronic files, data base references, "do not file" files, O & C files, "P & C" files, photographs, audio tapes and video tapes, electronic (ELSUR) or photographic surveillance, "June Mail", mail covers, trashcovers, and others miscellaneous files, and any citations relating to me or referring to me in other individuals files. Please check all indexes, and interpret this request very broadly. Also request records with any I-Drive File Systems, Tecs, Naddis, Central Record Systems, and any OCDETF records, including any OCDETF Application and general indexes.

FOIA/PA regulations provide that even if some requested material is properly exempt from mandatory disclosure, all segregable portions must be released. If the requested materials are released with reactions, indicate the exemption(s) being claimed to authorize each particular withholding by paragraph. In addition, I ask that your agency exercise its discretion to release records which may be technically exempt, but where withholding serves no important public interest.

D.O.B. 5-30-69
P.O.B. Cook County IL Chicago
SS# 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
or
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

MICHAEL L. BROWN
6.1.08

U.S. Department of Justice Certification of Identity 

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  Michael L. Brown

Citizenship Status [2]  USA Social Security Number [3]  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 or 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

Current Address  USP Tucson, Box 24550, Tucson, AZ 85734

Date of Birth  5-30-69 Place of Birth  Chicago, Il Cook County

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _[signed]_ Date  6-1-08

OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Print or Type Name

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 2/29/04

FORM DOJ-361
APR. 01