UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BROWN,

    Plaintiff,

    v.                 CV Case No.080821ESH

U.S. Dept. Of Justice et al.,

    Defendant,

An order from your court was received by the plaintiff dated May 13, 2008 granting plaintiff's motion to proceed in forma pauperis. In this order the courts stated;

1. "Plaintiff is to pay an initial partial filing fee of $57.18 to the clerk of court of the United States District Court of Columbia.

2. Plaintiff is obligated to the United States District Court for the District of Columbia for twenty percent of the preceding month's income credited to his prison account as continued partial payments on the remaining balance of the #350.00 filing fee.

3. The authorized institution officer shall deduct from Plaintiff's prison account the initial payment described above. The remaining payments described above shall be deducted and paid to the Clerk of the United States District Court for the District of Columbia each time the amount exceeds $10 until the filing fee is paid.

4. A copy of this order shall be furnished to Plaintiff's place of incarceration.

5. Plaintiff's application to proceed in forma pauperis is Granted. SO ORDERED United States Judge Paul L. Friedman." (See Exhibit____)

  A few days later Plaintiff received a copy of the computer printout "directing monthly payments in the amount of $57.18 be made from the prison account of Michael L. Brown further ordered, granting [2] motion to proceed in forma pauperis. Signed Judge Paul L. Friedman"

  Instead of ordering the Plaintiff's institution to take out $57.18 a month. Plaintiff actually is obligated to the United States District Court for the District of Columbia for twenty percent of the preceding month's income credited to his prison account as continued partial payments on the remaining balance of the #350.00 filing fee.
Instead of ordering the Plaintiff's institution to take out $57.18 a month.

  Wherefore plaintiff request twenty percent of the preceding month's income credited to his prison account be deducted as continued partial payments on the remaining balance of the #350.00 filing fee rather than $57.18 each month.

*[signature]* 6-1.08

Respectfully submitted,

Michael L. Brown #04909-090

FILED

MAY 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BROWN, )
)
Plaintiff, )
)
v. ) Civil Action No. 08 0821
)
U.S. DEP'T OF JUSTICE *et al.*, )
)
Defendants. )

### ORDER

Plaintiff, proceeding *pro se*, has submitted an application to proceed in forma pauperis, and has submitted the financial information required under 28 U.S.C. § 1915(a). Under the provisions of 28 U.S.C. § 1915(b), the plaintiff, a prisoner filing a civil action, is required to pay the statutory filing fee of $ 350.00 for this action.

Accordingly, it is hereby

**ORDERED**, that:

1. Plaintiff is obligated to pay an initial partial filing fee of **$57.18** to the Clerk of the United States District Court for the District of Columbia.

2. Plaintiff is obligated to the United States District Court for the District of Columbia for twenty percent of the preceding month's income credited to his prison account as continued partial payments on the remaining balance of the $350.00 filing fee.

3. The authorized institution officer shall deduct from Plaintiff's prison account the initial payment described above. The remaining payments described above shall be deducted and paid to the Clerk of the United States District Court for the District of Columbia each time the

amount in the account exceeds $10 until the filing fee is paid.

    4.    A copy of this Order shall be furnished to Plaintiff's place of incarceration.

    5.    Plaintiff's application to proceed *in forma pauperis* is GRANTED.

SO ORDERED.

                                      United States District Judge

DATE: 5/8/08



| | |
|---|---|
| DCD_ECFNotice@dcd.uscourts.gov<br>05/14/2008 12:34 PM | To  DCD_ECFNotice@dcd.uscourts.gov<br>cc<br>bcc<br>Subject  Activity in Case 1:08-cv-00821-ESH BROWN v. UNITED STATES DEPARTMENT OF JUSTICE et al Order Directing Prisoner Payment |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 5/14/2008 at 12:34 PM and filed on 5/13/2008
**Case Name:**       BROWN v. UNITED STATES DEPARTMENT OF JUSTICE et al
**Case Number:**    1:08-cv-821
**Filer:**
**Document Number:**   4

Docket Text:
**ORDER Directing Monthly Payments in the amount of $57.18 be made from Prison Account of Michael L. Brown; further ordered, granting [2] Motion to Proceed in forma pauperis. Signed by Judge Paul L. Friedman on 5/08/08. (jf, )**

**1:08-cv-821 Notice has been electronically mailed to:**

**1:08-cv-821 Notice will be delivered by other means to::**

MICHAEL L. BROWN
R04909-090
TUCSON
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
8901 S. WILMOT ROAD
TUCSON, AZ 85706